# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GERARD BELL

NO. 2025 KW 0384

**JULY 28, 2025**

---

In Re:    Gerard Bell, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 49312.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT